IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONNIE JAY QUALLS**                                                                PLAINTIFF

v.                                    No. 3:25-cv-104-DPM

**MILTON, Sheriff, Izard County;
MONTGOMERY, Sheriff, Baxter
County; ALEXANDER, Sheriff,
Marion County; KATHY PHILIPSEN;
DENNISON; LITTON; SASSER;
DYER; CLARK; and CORNETT**                                       **DEFENDANTS**

### ORDER

**1.** Qualls is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Qualls v. Ahrens, et al.*, No. 3:08-cv-3018-JLH (W.D. Ark.); *Qualls v. Ahrens, et al.*, No. 4:09-cv-313-SWW (E.D. Ark.); *Qualls v. Arkansas State Hospital, et al.*, No. 4:09-cv-424-GTE (E.D. Ark.); and *Qualls v. Woods, et al.*, No. 3:24-cv-215-JM (E.D. Ark.). Nothing in Qualls's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Qualls's motion to proceed *in forma pauperis*, *Doc. 1*, is therefore denied, and his complaint will be dismissed without prejudice.

**2.** If Qualls wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 23 July 2025. He reports the ability to pay the fees but requests

assistance with making the payment.  *Doc. 3.*  If Qualls would like to have friends or family members pay the fees by credit or debit card, they must do so in person at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas 72201, and they must present valid identification to do so.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>25 June 2025</u>