IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONNIE JAY QUALLS                                                              PLAINTIFF

v.                              No. 3:25-cv-00104-DPM

MILTON, Sheriff, Izard County;
MONTGOMERY, Sheriff, Baxter
County;  ALEXANDER, Sheriff,
Marion County;  KATHY PHILIPSEN;
DENNISON;  LITTON;  SASSER;
DYER;  CLARK;  and CORNETT                                            DEFENDANTS

## JUDGMENT

Qualls's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2025